# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

July 1, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2024
```

**VIA CM/ECF**
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

      Re:   *Ferber v. Hourglass Holdings, Inc.*
             Case 1:24-cv-01744-VEC

**MEMO ENDORSED**

Dear Judge Caproni:

    Pursuant to Initial Pretrial Order D.E. 13, the parties are to Meet & Confer in a good-faith attempt to settle this case. To the extent the parties are unable to settle the case themselves, the parties must discuss whether further settlement discussions through the District's court-annexed mediation program or before this case's assigned Magistrate Judge would be helpful. The Plaintiff counsel met and conferred with counsel for Hourglass Holdings, Inc. on June 20, 2024, and the parties in attendance have agreed to submit this case to the Court's Mediation Program. It is, therefore, respectfully requested that this matter be referred to the Southern District's Mediation Program to schedule a Mediation for this case. Per Order, an adjournment of the Initial Pretrial Conference will be effective for sixty days, as parties proceed with Mediation election.

    Thank you for your attention to this request.

    Respectfully,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.
    The Weitz Law Firm, P.A.
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, FL 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-387**7**
    Email: bbw@weitzfirm.com
    *Attorneys for Plaintiff*

By: /S/ Maurizio Anglani
    Maurizio Anglani, Esq.
    Tarter Krinsky & Drogin LLP
    1350 Broadway, 11th Floor
    New York, NY 10018
    Telephone: (212) 216-8000
    Email: manglani@tarterkrinsky.com
    *Attorneys for Hourglass Holdings, Inc.*

---

Application DENIED without prejudice. The parties may renew the request for referral to the mediation program after all Defendants have entered appearances in this matter. Plaintiff must serve a copy of this order on Defendant 9 St. Marks Place, Inc. by no later than **Tuesday, July 9, 2024**.

SO ORDERED.

*[signed]* Valerie Caproni
                        7/1/2024
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE